# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-71035 MLB |
| WADE, RANDALL J | § | |
| WADE, PATRICIA A | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 04/08/2008 . The undersigned trustee was appointed on 04/08/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          11,504.11

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of      $ | 11,504.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 02/18/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

UST Form 101-7-TFR (4/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,900.41 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,900.41 , for a total compensation of $ 1,900.41 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2009          By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 08-71035   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Date Filed (f) or Converted (c): | 04/08/08 (f) |
| | WADE, PATRICIA A | 341(a) Meeting Date: | 05/22/08 |
| For Period Ending: | 06/10/09 | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2530 Kendall Road, Winnebago, IL | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 7552 W. State St., Rockford, IL | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 505 S. Johnston, Rockford, IL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash on hand | 15.00 | 0.00 | DA | 0.00 | FA |
| 5. Associated Bank checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. First National Bank checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. First National Bank savings | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 10. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 1995 GMC pickup | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. 1997 Chevrolet Blazer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Preferences (u) | 0.00 | 11,500.00 | | 11,500.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.11 | Unknown |
| TOTALS (Excluding Unknown Values) | $362,515.00 | $11,500.00 | | $11,504.11 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 06/01/09       Current Projected Date of Final Report (TFR): 06/01/09

LFORM1
UST Form 101-7-TFR (4/1/2009) (Page: 3)

Ver: 14.31a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
| | WADE, PATRICIA A | Account Number / CD #: | ******0276 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******2094 | | |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/08 | 13 | JOHN AND EDITH BEVAN 5712 WALKER AVE. LOVES PARK, IL 61111 | PREFERENTIAL PAYMENTS | 1229-000 | 11,500.00 | | 11,500.00 |
| 09/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.66 | | 11,500.66 |
| 10/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.12 | | 11,501.78 |
| 11/28/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.94 | | 11,502.72 |
| 12/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.58 | | 11,503.30 |
| 01/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,503.39 |
| 02/27/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,503.48 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,503.58 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 11,503.83 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,504.11 |

| | COLUMN TOTALS | 11,504.11 | 0.00 | 11,504.11 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 11,504.11 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 11,504.11 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0276 | 11,504.11 | 0.00 | 11,504.11 |
| | 11,504.11 | 0.00 | 11,504.11 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 11,504.11 0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TFR (4/1/2009) (Page: 4)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
|  | WADE, PATRICIA A | Account Number / CD #: | *******0276 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2094 |  |  |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals           0.00           0.00

LFORM24
UST Form 101-7-TFR (4/1/2009) (Page: 5)

Ver: 14.31a

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 08-71035  
Debtor Name: WADE, RANDALL J  
Page 1  
Claim Class Sequence  
Date: June 18, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $3,850.00 | $0.00 | $3,850.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $68.20 | $0.00 | $68.20 |
| 000001 070 7100-00 | ComEd Co<br>Attn: Bankruptcy Sect/Revenue Mgmt<br>2100 Swift Drive<br>Oakbrook, IL 60523 | Unsecured | | $826.69 | $0.00 | $826.69 |
| 000002 070 7100-00 | John and Edith Bevan<br>c/o Attorney Jason H. Rock<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $11,500.00 | $0.00 | $11,500.00 |
| 000003 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $845.51 | $0.00 | $845.51 |
| 000004 070 7100-00 | Rock River Disposal<br>4002 S Main St<br>Rockford, IL 61102 | Unsecured | | $98.91 | $0.00 | $98.91 |
| 000005 070 7100-00 | Raintree Seamless Gutters<br>2024 Douglas St<br>Rockford, IL 61103 | Unsecured | | $1,188.56 | $0.00 | $1,188.56 |
| 000006 070 7100-00 | ELAN FINANCIAL SERVICES<br>Attn Bankruptcy Dept<br>PO BOX 5229<br>CINCINNATI, OH 45201 | Unsecured | | $737.43 | $0.00 | $737.43 |
| 000008 070 7100-00 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $711.26 | $0.00 | $711.26 |
| 000009 070 7100-00 | Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford, Illinois 61108 | Unsecured | | $5,088.27 | $0.00 | $5,088.27 |
| 000010A 070 7100-00 | Union Savings Bank<br>203 N. Alpine Rd.<br>Rockford, IL 61107 | Unsecured | | $31,043.00 | $0.00 | $31,043.00 |
| 000011 070 7100-00 | eCAST Settlement Corporation assignee<br>of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $780.01 | $0.00 | $780.01 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-71035 | | Page 2 | | Date: June 18, 2009 |
| Debtor Name: | WADE, RANDALL J | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 050 4110-00 | Commercial Mortgage 115 7th Street Rockford, IL 61104 | Secured | | $309,221.49 | $0.00 | $309,221.49 |
| 000010B 050 4110-00 | Union Savings Bank 203 N. Alpine Rd. Rockford, IL 61107 | Secured | | $11,000.00 | $0.00 | $11,000.00 |
| | Case Totals: | | | $376,959.33 | $0.00 | $376,959.33 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71035 MLB
Case Name: WADE, RANDALL J
WADE, PATRICIA A
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $ NA |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,900.41 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 3,850.00 | $ 68.20 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ NA | $ NA |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                       | Reason/Applicant | Fees   | Expenses |
|-----------------------|------------------|--------|----------|
| _Attorney for debtor:_ |                  | $      | $        |
| _Attorney for:_        |                  | $      | $        |
| _Accountant for:_      |                  | $      | $        |
| _Appraiser for:_       |                  | $      | $        |
| _Other: NA_            |                  | $  NA  | $  NA    |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| _NA_         | _NA_     | $   NA                | $   NA           |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,819.64 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant            | Allowed Amt. of Claim | Proposed Payment |
|--------------|---------------------|-----------------------|------------------|
| _000001_     | _ComEd Co_          | $      826.69         | $       88.98    |
| _000002_     | _John and Edith Bevan_ | $   11,500.00       | $    1,237.86    |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 845.51 | $ 91.01 |
| 000004 | Rock River Disposal | $ 98.91 | $ 10.65 |
| 000005 | Raintree Seamless Gutters | $ 1,188.56 | $ 127.94 |
| 000006 | ELAN FINANCIAL SERVICES | $ 737.43 | $ 79.38 |
| 000008 | Internal Revenue Service | $ 711.26 | $ 76.56 |
| 000009 | Rockford Mercantile Agency Inc | $ 5,088.27 | $ 547.70 |
| 000010A | Union Savings Bank | $ 31,043.00 | $ 3,341.46 |
| 000011 | eCAST Settlement Corporation assignee of | $ 780.01 | $ 83.96 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $3,850.00 | $3,850.00 |
| | *Expenses* | $0.00 | $68.20 | $68.20 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $3,850.00 | $3,850.00 |
| | *Expenses* | $0.00 | $68.20 | $68.20 |
| | | $0.00 | $3,918.20 | $3,918.20 |

**Exhibit G**