# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-71035 MLB |
| WADE, RANDALL J | § | |
| WADE, PATRICIA A | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 11,504.11 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 11,504.11 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| *Trustee: DANIEL M. DONAHUE* | $ 1,900.41 | $ 0.00 |
| *Attorney for trustee: MCGREEVY WILLIAMS* | $ 3,850.00 | $ 68.20 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| <u>Charges:</u> | $ | $ |
| <u>Fees:</u> | $ | $ |
| <u>Other: NA</u> | $ NA | $ NA |
| <u>Other:</u> | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| <u>Attorney for debtor:</u> | $ | $ |
| <u>Attorney for:</u> | $ | $ |
| <u>Accountant for:</u> | $ | $ |
| <u>Appraiser for:</u> | $ | $ |
| <u>Other: NA</u> | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| <u>NA</u> | <u>NA</u> | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,819.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (4/1/2009) (Page: 2)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ComEd Co | $ 826.69 | $ 88.98 |
| 000002 | John and Edith Bevan | $ 11,500.00 | $ 1,237.86 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 845.51 | $ 91.01 |
| 000004 | Rock River Disposal | $ 98.91 | $ 10.65 |
| 000005 | Raintree Seamless Gutters | $ 1,188.56 | $ 127.94 |
| 000006 | ELAN FINANCIAL SERVICES | $ 737.43 | $ 79.38 |
| 000008 | Internal Revenue Service | $ 711.26 | $ 76.56 |
| 000009 | Rockford Mercantile Agency Inc | $ 5,088.27 | $ 547.70 |
| 000010A | Union Savings Bank | $ 31,043.00 | $ 3,341.46 |
| 000011 | eCAST Settlement Corporation assignee of | $ 780.01 | $ 83.96 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 3)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on  8/10/2009  in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/18/2009            By:/s/DANIEL M. DONAHUE
                                            Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903, ROCKFORD, IL 61132-2903*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2         Date Rcvd: Jul 09, 2009
Case: 08-71035                Form ID: pdf006             Total Noticed: 40

The following entities were noticed by first class mail on Jul 11, 2009.
db/jdb       +Randall J Wade,    Patricia A Wade,    2530 Kendall Rd,    Winnebago, IL 61088-9302
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1088
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
12117935     +AMO Recoveries,    PO Box 926100,    Norcross, GA 30010-6100
12117933      Allied Interstate, Inc.,    PO Box 361598,    Columbus, OH 43236-1598
12117934     +American Recovery Systems,    1699 Wall St. Suite 300,    Mount Prospect, IL 60056-5778
12117936     +Associated Bank,    3333 N. Rockton Ave,    Rockford, IL 61103-2839
12117937     +Associated National Collection,    5421 N. 2nd St.,    Loves Park, IL 61111-5010
12117939     +City of Rockford,    425 E. State St.,    Rockford, IL 61104-1068
12117941     +Commercial Mortgage,    115 7th Street,    Rockford, IL 61104-1275
12117942      Creditor Services,    PO Box 4,    Clinton, IA 52733-0004
12117945      ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
12117948      HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
12117946     +Harris & Harris,    600 W. Jackson Blvd,    Chicago, IL 60661-5636
12117947      Home Depot,    Processing Center,    Des Moines, IA 50364-0500
12117949    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
12829262     +John and Edith Bevan,    c/o Attorney Jason H. Rock,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12117951      Mutual Management Services,    PO Box 4777,    Rockford, IL 61110-4777
12117952      NCO FInancial,    PO Box 15740,    Wilmington, DE 19850-5740
12117954     +Northland Group,    PO Box 390905,    Edina, MN 55439-0905
12918186      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12117955     +Raintree Seamless Gutters,    2024 Douglas St,    Rockford, IL 61103-4732
12117956     +Rock River Disposal,    4002 S Main St,    Rockford, IL 61102-4664
12117957      Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
12117958      Rockford Memorial Hospital,    PO Box 14125,    Rockford, IL 61105-4125
12117959      Rockford Mercantile,    PO Box 5847,    Rockford, IL 61125-0847
13507392     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
12117960      Rockford Radiology,    PO Box 5368,    Rockford, IL 61125-0368
12117961     +Shawn C Fulbright,    PO Box 1510,    Rockford, IL 61110-0010
12117938    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Cardmember Services,    PO Box 790408,    Saint Louis, MO 63179-0408)
13016582    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: ELAN FINANCIAL SERVICES,    Attn Bankruptcy Dept,    PO BOX 5229,
               CINCINNATI, OH 45201)
12117944    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial,    PO Box 108,    Saint Louis, MO 63166)
13509464     +Union Savings Bank,    P.O.Box 540,    Freeport Ill 61032-0540
12117962     +Union Savings Bank,    203 N. Alpine Rd.,    Rockford, IL 61107-4990
12117964     +Winnebago County States Attorney,    PO Box 98,    Rockford, IL 61105-0098
13522631      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 10, 2009.
12117940     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                           ComEd Co,
               Attn: Bankruptcy Sect/Revenue Mgmt,    2100 Swift Drive,    Oakbrook, IL 60523-1559
12117943      E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM                           Creditors Protection,
               PO Box 4115,    Rockford, IL 61110-0615
12117953      E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12117950      Legacy Collection
aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
12117963*    +Union Savings Bank,    203 N. Alpine Rd.,    Rockford, IL 61107-4990
                                                                                               TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.R.2002(g)(4).
```

```
District/off: 0752-3           User: cbachman            Page 2 of 2              Date Rcvd: Jul 09, 2009
Case: 08-71035                 Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**                         **Signature:** _Joseph Speetjens_