## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71035 MLB
Case Name: WADE, RANDALL J
           WADE, PATRICIA A
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,900.41 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 3,850.00 | $ 68.20 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,819.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *ComEd Co* | $ 826.69 | $ 89.00 |
| *000002* | *John and Edith Bevan* | $ 11,500.00 | $ 1,238.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 845.51 | $ 91.02 |
| 000004 | Rock River Disposal | $ 98.91 | $ 10.65 |
| 000005 | Raintree Seamless Gutters | $ 1,188.56 | $ 127.95 |
| 000006 | ELAN FINANCIAL SERVICES | $ 737.43 | $ 79.39 |
| 000008 | Internal Revenue Service | $ 711.26 | $ 76.57 |
| 000009 | Rockford Mercantile Agency Inc | $ 5,088.27 | $ 547.77 |
| 000010A | Union Savings Bank | $ 31,043.00 | $ 3,341.85 |
| 000011 | eCAST Settlement Corporation assignee of | $ 780.01 | $ 83.97 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-TFR (4/1/2009) (Page: 10)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .