# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| WADE, RANDALL J | § | Case No. 08-71035 |
| WADE, PATRICIA A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: 362,515.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 5,686.17 | Claims Discharged Without Payment: 47133.47 |
| Total Expenses of Administration: 5,818.61 | |

3) Total gross receipts of $ 11,504.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,504.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ 320,221.49 | $ 320,221.49 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 5,818.61 | 5,818.61 | 5,818.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 52,819.64 | 52,819.64 | 5,686.17 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 378,859.74 | $ 378,859.74 | $ 11,504.78 |

4) This case was originally filed under chapter 7 on 04/08/2008. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2009          By:/s/DANIEL M. DONAHUE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferences | 1229-000 | 11,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 4.78 |
| **TOTAL GROSS RECEIPTS** | | **$11,504.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMMERCIAL MORTGAGE | 4110-000 | NA | 309,221.49 | 309,221.49 | 0.00 |
| UNION SAVINGS BANK | 4110-000 | NA | 11,000.00 | 11,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$NA** | **$320,221.49** | **$320,221.49** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,900.41 | 1,900.41 | 1,900.41 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 3,850.00 | 3,850.00 | 3,850.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 68.20 | 68.20 | 68.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,818.61 | $ 5,818.61 | $ 5,818.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMED CO | 7100-000 | NA | 826.69 | 826.69 | 89.00 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 780.01 | 780.01 | 83.97 |
| ELAN FINANCIAL SERVICES | 7100-000 | NA | 737.43 | 737.43 | 79.39 |
| INTERNAL REVENUE SERVICE | 7100-000 | NA | 711.26 | 711.26 | 76.57 |
| JOHN AND EDITH BEVAN | 7100-000 | NA | 11,500.00 | 11,500.00 | 1,238.00 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 845.51 | 845.51 | 91.02 |
| RAINTREE SEAMLESS GUTTERS | 7100-000 | NA | 1,188.56 | 1,188.56 | 127.95 |
| ROCK RIVER DISPOSAL | 7100-000 | NA | 98.91 | 98.91 | 10.65 |
| ROCKFORD MERCANTILE AGENCY INC | 7100-000 | NA | 5,088.27 | 5,088.27 | 547.77 |
| UNION SAVINGS BANK | 7100-000 | NA | 31,043.00 | 31,043.00 | 3,341.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $NA | $ 52,819.64 | $ 52,819.64 | $ 5,686.17 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-71035 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Date Filed (f) or Converted (c): | 04/08/08 (f) |
| | WADE, PATRICIA A | 341(a) Meeting Date: | 05/22/08 |
| For Period Ending: | 09/22/09 | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2530 Kendall Road, Winnebago, IL | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 7552 W. State St., Rockford, IL | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 505 S. Johnston, Rockford, IL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash on hand | 15.00 | 0.00 | DA | 0.00 | FA |
| 5. Associated Bank checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. First National Bank checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. First National Bank savings | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 10. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 1995 GMC pickup | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. 1997 Chevrolet Blazer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Preferences (u) | 0.00 | 11,500.00 | | 11,500.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.78 | FA |

TOTALS (Excluding Unknown Values)    $362,515.00    $11,500.00        $11,504.78    

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 06/01/09    Current Projected Date of Final Report (TFR): 06/01/09

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
|  | WADE, PATRICIA A | Account Number / CD #: | *******0276 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2094 |  |  |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/12/08 | 13 | JOHN AND EDITH BEVAN 5712 WALKER AVE. LOVES PARK, IL 61111 | PREFERENTIAL PAYMENTS | 1229-000 | 11,500.00 |  | 11,500.00 |
| 09/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.66 |  | 11,500.66 |
| 10/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.12 |  | 11,501.78 |
| 11/28/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.94 |  | 11,502.72 |
| 12/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.58 |  | 11,503.30 |
| 01/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 11,503.39 |
| 02/27/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 11,503.48 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 |  | 11,503.58 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 |  | 11,503.83 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 |  | 11,504.11 |
| 06/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 |  | 11,504.40 |
| 07/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 |  | 11,504.69 |
| 08/11/09 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 |  | 11,504.78 |
| 08/11/09 |  | Transfer to Acct #*******1473 | Final Posting Transfer | 9999-000 |  | 11,504.78 | 0.00 |

|  | COLUMN TOTALS | 11,504.78 | 11,504.78 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 11,504.78 |  |
|  | Subtotal | 11,504.78 | 0.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 11,504.78 | 0.00 |  |

Page Subtotals    11,504.78    11,504.78

Ver: 15.00

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

Exhibit 9

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
| | WADE, PATRICIA A | Account Number / CD #: | *******1473  GENERAL CHECKING |
| Taxpayer ID No: | *******2094 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/09 | | Transfer from Acct #*******0276 | Transfer In From MMA Account | 9999-000 | 11,504.78 | | 11,504.78 |
| 08/13/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,900.41 | 9,604.37 |
| 08/13/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,850.00 | 5,754.37 |
| 08/13/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 68.20 | 5,686.17 |
| 08/13/09 | 000103 | ComEd Co<br>Attn: Bankruptcy Sect/Revenue Mgmt<br>2100 Swift Drive<br>Oakbrook, IL 60523 | Claim 000001, Payment 10.8% | 7100-000 | | 89.00 | 5,597.17 |
| 08/13/09 | 000104 | John and Edith Bevan<br>c/o Attorney Jason H. Rock<br>6833 Stalter Drive<br>Rockford, IL 61108 | Claim 000002, Payment 10.8% | 7100-000 | | 1,238.00 | 4,359.17 |
| 08/13/09 | 000105 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 10.8% | 7100-000 | | 91.02 | 4,268.15 |
| 08/13/09 | 000106 | Rock River Disposal<br>4002 S Main St<br>Rockford, IL 61102 | Claim 000004, Payment 10.8% | 7100-000 | | 10.65 | 4,257.50 |
| 08/13/09 | 000107 | Raintree Seamless Gutters<br>2024 Douglas St<br>Rockford, IL 61103 | Claim 000005, Payment 10.8% | 7100-000 | | 127.95 | 4,129.55 |
| 08/13/09 | 000108 | ELAN FINANCIAL SERVICES<br>Attn Bankruptcy Dept<br>PO BOX 5229<br>CINCINNATI, OH 45201 | Claim 000006, Payment 10.8% | 7100-000 | | 79.39 | 4,050.16 |
| | | | Page Subtotals | | 11,504.78 | 7,454.62 | |

Ver: 15.00

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
| | WADE, PATRICIA A | Account Number / CD #: | *******1473 GENERAL CHECKING |
| Taxpayer ID No: | *******2094 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/13/09 | 000109 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000008, Payment 10.8% | 7100-000 | | 76.57 | 3,973.59 |
| 08/13/09 | 000110 | Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford, Illinois 61108 | Claim 000009, Payment 10.8% | 7100-000 | | 547.77 | 3,425.82 |
| 08/13/09 | 000111 | Union Savings Bank<br>203 N. Alpine Rd.<br>Rockford, IL 61107 | Claim 000010A, Payment 10.8% | 7100-000 | | 3,341.85 | 83.97 |
| 08/13/09 | 000112 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 10.8% | 7100-000 | | 83.97 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| COLUMN TOTALS | | 11,504.78 | 11,504.78 | 0.00 |
| Less: Bank Transfers/CD's | | 11,504.78 | 0.00 | |
| Subtotal | | 0.00 | 11,504.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 11,504.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account (Interest Earn - *******0276 | 11,504.78 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1473 | 0.00 | 11,504.78 | 0.00 |
| | 11,504.78 | 11,504.78 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    4,050.16

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 08-71035 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WADE, RANDALL J | Bank Name: | BANK OF AMERICA, N.A. |
| | WADE, PATRICIA A | Account Number / CD #: | *******1473 GENERAL CHECKING |
| Taxpayer ID No: | *******2094 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.00

# Bank of America

```
CUSTOMER CONNECTION                    Account Number    4429751473
BANK OF AMERICA, N.A.                  01 01 148 06 M0000 E#      13
DALLAS, TEXAS  75283-2406              Last Statement:   NEW ACCOUNT
                                       This Statement:   08/31/2009

                                       Customer Service
                                       1-877-757-8233

ESTATE OF
WADE, RANDALL J, DEBTOR
WADE, PATRICIA A, DEBTOR               Page        1 of    2
DANIEL M. DONAHUE - TRUSTEE
08-71035                               Bankruptcy Case Number:0871035
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 00/00/0000 - 08/31/2009    Statement Beginning Balance         .00
Number of Deposits/Credits            1     Amount of Deposits/Credits    11,504.78
Number of Checks                     13     Amount of Checks              11,504.78
Number of Other Debits                0     Amount of Other Debits              .00
                                            Statement Ending Balance            .00
Number of Enclosures                 13
                                            Service Charge                      .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/12 | | 11,504.78 | 04428690276->04429751473 | 0992500018 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,900.41 | 08/14 | 8992810200 | 107 | 127.95 | 08/26 | 9292259972 |
| 101 | 3,850.00 | 08/14 | 8992810201 | 108 | 79.39 | 08/20 | 9892692032 |
| 102 | 68.20 | 08/14 | 8992810202 | 109 | 76.57 | 08/19 | 5892287243 |
| 103 | 89.00 | 08/31 | 8720259443 | 110 | 547.77 | 08/19 | 5992199589 |
| 104 | 1,238.00 | 08/20 | 6192412846 | 111 | 3,341.85 | 08/19 | 5992198746 |
| 105 | 91.02 | 08/19 | 5992053693 | 112 | 83.97 | 08/18 | 9592289669 |
| 106 | 10.65 | 08/20 | 9992537500 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 08/19 | 1,544.99 | 1,544.99 |
| 08/12 | 11,504.78 | 11,504.78 | 08/20 | 216.95 | 216.95 |
| 08/14 | 5,686.17 | 5,686.17 | 08/26 | 89.00 | 89.00 |
| 08/18 | 5,602.20 | 5,602.20 | 08/31 | .00 | .00 |